IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

| | |
|---|---|
| DL DENNIS AND THOMAS L. HENDRIX, <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. |

## COMPLAINT

Plaintiffs, by and through their counsel, Dakota F.W. Persinger and Patrick A. Turner of DeVaughn James Injury Lawyers, and for Plaintiffs' cause of action against the Defendant, allege and state:

## PARTIES

1. Plaintiff, DL Dennis is a citizen of the State of Kansas and resides at 1130 N. Crestway, Apt. 215, Wichita, Sedgwick County, Kansas 67208.

2. Plaintiff, Thomas Hendrix is a citizen of the State of Kansas and resides at 1015 N. Market, Apt. C., Wichita, Sedgwick County, Kansas 67214.

3. Defendant, United States of America ("USA") operates the United States Postal Service ("USPS").

4. Defendant USA may be served through the United States Attorney for the District of Kansas, Kate E. Brubacher, at 301 N. Main, Ste. 1200, Wichita, KS 67202. *See*, Fed. R. Civ. P. 4.

## JURISDICTION AND VENUE

5. This action is brought pursuant to 28 U.S.C. §§ 2671 et seq., known as the Federal Tort Claims Act.

6. This Court is vested with jurisdiction pursuant to 28 U.S.C. § 1346(b).

7. The facts or omissions giving rise to the claim occurred in Sedgwick County, Kansas. Venue is proper in the District of Kansas where the facts of omissions occurred pursuant to 28 U.S.C. § 1402(b).

8. At all times relevant, Plaintiffs provided written sum certain demands upon the United States Postal Service. Upon the expiration of the six-month period, pursuant to 28 U.S.C. § 2675(a), Plaintiffs have been given a final denial of all claims and exhausted all necessary administrative remedies for this Court's jurisdiction.

## NEGLIGENCE

9. As a government entity, Defendant USA acts through its officers, agents, servants, and/or employees. Any acts or omissions of an officer, agent, servant, and/or employee made while acting within the scope of authority delegated by Defendant USA, or within the scope of the duties of said employee, is the act or omission of Defendant USA.

10. Defendant USA is responsible for Plaintiffs' personal injuries caused by the negligent or wrongful acts or omissions of its employees. Those employees were acting within the scope of their office or employment under circumstances where Defendant USA, if a private person, would be liable in accordance with the laws of State of Kansas. *See,* 28 U.S.C. § 1346(b).

11. On or about December 23, 2021, Plaintiff Thomas Hendrix was operating a motor vehicle in a safe, lawful, and non-negligent manner; Plaintiff DL Dennis was a passenger in Plaintiff Hendrix's vehicle, at or near the intersection at East Murdock Ave., and North Crestway Ave. in Wichita, Sedgwick County, Kansas, when a USPS vehicle driven by Christian B. Tovar collided with the vehicle in which Thomas Hendrix was driving and DL Dennis was a passenger.

12. On or about December 23, 2021, Christian B. Tovar was an employee and/or agent of Defendant USA who was operating a motor vehicle within the course and scope of his employment with USPS.

13. Defendant USA, through its employee and/or agent Christian B. Tovar, was negligent in the following ways:

    a. Inattentive operation of a motor vehicle;

    b. Unsafely entering an intersection;

    c. Failure to yield right-of-way;

    d. Failure to maintain a proper lookout;

    e. Failure to drive with reasonable care;

    f. Failure to give warning;

    g. Failure to maintain control of a motor vehicle; and

    h. Failure to take evasive action.

14. The negligence of Defendant USA and its employees and/or agents caused the motor vehicle collision that injured Plaintiffs.

15. On or about August 25, 2022, Plaintiff Thomas Hendrix submitted an administrative claim for the claims set forth herein.

16. On or about September 15, 2022, Plaintiff DL Dennis submitted an administrative claim for the claims set forth herein.

17. USPS has had Plaintiffs' administrative claims for over six months and has failed to make a final disposition of the claims. The failure to make a final disposition of the claims within six months is deemed a denial pursuant to 28 U.S.C. § 2675(a).

18. This action is timely filed within six (6) months of the denial, and all conditions precedent to this action pursuant to the Federal Tort Claims Act have been satisfied.

19. As a result of Defendant's negligence, Plaintiffs sustained serious bodily injuries, incurred medical expenses, and non-economic damages such as anxiety, pain and suffering.

WHEREFORE, Plaintiff DL Dennis prays for compensatory damages and judgment against Defendant in an amount not to exceed $41,527.56, for costs herein, and for such other and further relief as the Court deems just and equitable. Plaintiff Thomas Hendrix prays for compensatory damages and judgment against Defendant in an amount not to exceed $50,865.85, for costs herein, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Dakota F.W. Persinger
Dakota F.W. Persinger, #28908
Patrick A. Turner, #23437
DeVaughn James Injury Lawyers
3241 N. Toben St.
Wichita, KS 67226
Telephone: (316)888-8888
Facsimile: (316)425-0414
dpersinger@devaughnjames.com
pturner@devaughnjames.com
*Attorneys for Plaintiffs*

## DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL

The Plaintiffs demand a pretrial conference and jury trial in this matter.

## DESIGNATION FOR PLACE OF TRIAL

The Plaintiffs designate Wichita, Kansas as the place for trial of this matter.

By: /s/ Dakota F.W. Persinger
Dakota F.W. Persinger, #28908
Patrick A. Turner, #23437
DeVaughn James Injury Lawyers
3241 N. Toben St.
Wichita, KS 67226
Telephone: (316)888-8888
Facsimile: (316)425-0414
dpersinger@devaughnjames.com
pturner@devaughnjames.com
*Attorneys for Plaintiffs*